JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARITA HOUSTON, | CV 23-510 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

Pursuant to the Court's February 8, 2023 Minute Order dismissing this action for lack of subject matter jurisdiction, lack of prosecution, and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 8, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE